**Opinion issued February 19, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-25-00697-CV
_____

**STEPHANIE HELMUTH A/K/A STEFANIE HELMUTH, Appellant**

**V.**

**PENNYMAC LOAN SERVICES, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1256215**

---

## MEMORANDUM OPINION

Appellant Stephanie Helmuth also known as Stefanie Helmuth filed a notice of appeal from the trial court's judgment. On October 3, 2025, Helmuth filed a motion to dismiss appeal, advising that she is not going to prosecute this appeal.

We grant Helmuth's motion to dismiss.  *See* TEX. R. APP. P. 42.1, 43.2(f).

We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.